# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN LOUIS PALMER, | Case No. 2:16-cv-07780 JGB (JEM) |
| Plaintiff, | Hon. Jesus G. Bernal |
| vs. | |
| SANTA MARIA POLICE DEPARTMENT, et al., | **JUDGMENT** |
| Defendants. | SAC filed: July 27, 2018 |

    The Ninth Circuit Court of Appeal, having reversed and remanded the United States District Court's October 21, 2019 denial of Officer Chris Green's Motion for Summary Judgment,

    IT IS ORDERED AND ADJUDGED that judgment be entered on all claims in favor of Defendants Sgt. Wood Vega, Officer Chris Green, and the Santa Maria Police Department and against Plaintiff Dustin Louis Palmer.

Dated:  April 14, 2021

_____
Jesus G. Bernal
United States District Court Judge

1